UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANDREW C. DAVIS )
        Plaintiff, )
v. ) **JUDGMENT**
) No. 5:21-CV-311-FL
FRED'S, AXCESS STAFFING, DONALD J. )
TRUMP, *President*, and ROY COOPER, *Governor* )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the court's order of deficiency.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 7, 2021, and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to deficiency order entered August 10, 2021.

**This Judgment Filed and Entered on September 7, 2021, and Copies To:**
Andrew C. Davis (via US Mail) Central Regional Hospital, 300 Veazey Road, Butner, NC 27509

September 7, 2021        PETER A. MOORE, JR. CLERK

                                /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk